UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DOROTHY C. FLORES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:12CV02201 RWS |
| vs. ) | |
| ) | |
| BANK OF AMERICA, BAC, CORP.,et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before me on Plaintiff Dorothy Flores' motion for a temporary restraining order. I have reviewed Flores' verified complaint, her personal affidavit, and the other materials she has submitted to the Court. I find that Flores has provided notice to the Bank of America of this proceeding. Flores has appeared before me in Court and presented her request for a temporary restraining order.

I find, as I stated on the record at today's proceeding, that the Dataphase factors weigh in favor of entering a temporary restraining order in this matter. See Dataphase Systems., Inc. v. C L Systems, Inc., 640 F.2d 109, 113 (8th Cir. 1981)

Accordingly,

**IT IS HEREBY ORDERED that** a temporary restraining order is entered in this matter. *absent future order of this Court* Defendant Bank of America is **prohibited from proceeding with any foreclosure action** on **Plaintiff Dorothy Flores' real property located at 209 St. Charles Street, Wentzville, Missouri, 63385.**

**IT IS FURTHER ORDERED that** Plaintiff shall post a bond of **$100.00** to effect this

temporary restraining order.

**IT IS FURTHER ORDERED that** a preliminary injunction hearing is set in this matter on **November 30, 2012 at 12:00 p.m.** in Courtroom 16 South.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

1:39 pm Nov. 27, 2012