UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DOROTHY C. FLORES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:12CV02201 RWS |
| | ) | |
| BANK OF AMERICA, BAC, CORP.,et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

On November 27, 2012, I issued a temporary restraining order in this matter.  For the reasons stated on the record at today's preliminary injunction hearing, I find good cause to extend the temporary restraining order for an additional fourteen days.

Accordingly,

**IT IS HEREBY ORDERED that** the temporary restraining order in this matter is extended until **December 14, 2012**.  Defendant Bank of America is **prohibited from proceeding with any foreclosure action, absent further order of this Court, on Plaintiff Dorothy Flores' real property located at 209 St. Charles Street, Wentzville, Missouri, 63385**.

**IT IS FURTHER ORDERED that** a preliminary injunction hearing is set in this matter on **December 13, 2012 at 3:00 p.m.** in Courtroom 16 South.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 30th day of November, 2012.