UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DOROTHY C. FLORES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:12CV02201 RWS |
| | ) |
| BANK OF AMERICA, BAC, CORP.,et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

On November 27, 2012, I issued a temporary restraining order in this matter. Following a preliminary injunction hearing on November 30, 2012, I extended the temporary restraining order for an additional fourteen days and set a preliminary injunction hearing for December 13, 2012. Before me is now is Defendants' consent motion to continue the preliminary injunction hearing. For good cause shown,

**IT IS HEREBY ORDERED that** Defendants' motion to continue the preliminary injunction hearing # [20] is **GRANTED**.

**IT IS FURTHER ORDERED that** the preliminary injunction hearing is reset and will now be held on **January 3, 2013 at 2:00 p.m.** in Courtroom 16 South.

**IT IS FURTHER ORDERED that** the temporary restraining order in this matter is extended until the preliminary injunction hearing or further order of this Court.  Defendant Bank of America is **prohibited from proceeding with any foreclosure action, absent further order of this Court, on Plaintiff Dorothy Flores' real property located at 209 St. Charles Street, Wentzville, Missouri, 63385**.

                                                  RODNEY W. SIPPEL
                                                UNITED STATES DISTRICT JUDGE

Dated this 11th day of December, 2012.